# MARK DITTON ATTORNEY AT LAW

650 NE Holladay St Ste 1600
Portland, OR 97232
Phone: 360-831-0893
Fax: 866-241-4176
mark@dittonlaw.com

December 8, 2023

VIA ECF

Hon. Brian D. Lynch
US Bankruptcy Court
1717 Pacific Ave, Ste 2100
Tacoma, WA 98402

Re:	Request to Appear by Phone
	In re Brown
	Case no. 19-43318

Dear Judge Lynch,

I am requesting that the Court allow me to appear by telephone at the hearing on Motion to Withdraw scheduled for December 13, 2023 at 1:30pm in Tacoma.  This case is being handled from my Portland, Oregon office which is currently in the process of closing.  Additonally, I have some business at a firm in Lake Oswego that morning that I have a conflict with.   If you have any questions or would like any further clarification, please don't hesitate to contact us and we will be happy to answer.

Very truly yours,


/s/Mark Ditton
Mark Ditton WSBA #45432
Attorney at Law
650 NE Holladay St Ste 1600
Portland, OR 97232
360-831-0893
mark@dittonlaw.com